DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
         tenesa.scaturro@akerman.com

*Attorneys for plaintiff and counter-defendant Deutsche Bank Trust Company Americas, as Trustee for Dover Mortgage Capital Corporation Grantor Trust Certificate Series 2004-A*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR DOVER MORTGAGE CAPITAL CORPORATION GRANTOR TRUST CERTIFICATE SERIES 2004-A,<br><br>Plaintiff,<br><br>vs.<br><br>LOS PRADOS COMMUNITY ASSOCIATION, INC.; SATICOY BAY LLC SERIES 5105 KINGSBRIDGE DRIVE; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-580-RFB-PAL<br><br>**NOTICE OF DISASSOCIATION** |
| SATICOY BAY LLC SERIES 5105 KINGSBRIDGE DRIVE,<br><br>Counterclaimant,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR DOVER MORTGAGE CAPITAL CORPORATION GRANTOR TRUST CERTIFICATE SERIES 2004-A.,<br><br>Counter-defendant. | |

{38892694;1}

1

Plaintiff and counter-defendant Deutsche Bank Trust Company Americas, as Trustee for Dover Mortgage Capital Corporation Grantor Trust Certificate Series 2004-A (**Deutsche Bank**), by and through its attorneys of record, provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. Deutsche Bank requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent Deutsche Bank and requests Darren T. Brenner, Esq. and Tenesa S. Scaturro, Esq. receive all future notices.

Respectfully submitted, this the 18th day of August, 2016.

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff and counter-defendant Deutsche Bank Trust Company Americas, as Trustee for Dover Mortgage Capital Corporation Grantor Trust Certificate Series 2004-A*

IT IS SO ORDERED this 23rd day of August, 2016.

Peggy A. Leen
United States Magistrate Judge

{38892694;1}

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 18th day of August, 2016, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** via the Court's CM/ECF system on the following:

Kurt R. Bonds, Esq.
David J. Rothenberg, Esq.
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7410 W. Charleston Boulevard
Las Vegas, Nevada 89117

*Attorneys for defendant Los Prados Community Association, Inc.*

Michael F. Bohn, Esq.
LAW OFFICES OF MICHAEL F. BOHN
376 E. Warm Springs Road, Suite 140
Las Vegas, Nevada 89119

*Attorney for Defendant and Counterclaimant Saticoy Bay LLC Series 5106 Kingsbridge Drive*

Chris Yergensen, Esq.
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, Nevada 89146

*Attorney for defendant Nevada Association Services, Inc.*

/s/ Nick Mangels
An employee of AKERMAN LLP

{38892694;1}

3