DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Deutsche Bank Trust Company Americas, as Trustee for Dover Mortgage Capital Corporation Grantor Trust Certificate Series 2004-A*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR DOVER MORTGAGE CAPITAL CORPORATION GRANTOR TRUST CERTIFICATE SERIES 2004-A,<br><br>            Plaintiff,<br><br>vs.<br><br>LOS PRADOS COMMUNITY ASSOCIATION, INC.; SATICOY BAY LLC SERIES 5105 KINGSBRIDGE DRIVE; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>            Defendants.<br><br>SATICOY BAY LLC SERIES 5105 KINGSBRIDGE DRIVE,<br><br>            Counterclaimant,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR DOVER MORTGAGE CAPITAL CORPORATION GRANTOR TRUST CERTIFICATE SERIES 2004-A.,<br><br>            Counter-defendant. | Case No.: 2:16-cv-580-RFB-PAL<br><br>**STIPULATION AND ORDER TO STAY LITIGATION PENDING FINAL RESOLUTION OF PETITION(S) FOR WRIT OF CERTIORARI TO THE UNITED STATES SUPREME COURT** |

Plaintiff and counter-defendant Deutsche Bank Trust Company Americas, as Trustee for Dover Mortgage Capital Corporation Grantor Trust Certificate Series 2004-A (**Deutsche Bank**), defendant Los Prados Community Association, Inc., defendant and counter-claimant Saticoy Bay LLC Series 5105 Kingsbridge Drive (**Saticoy Bay**), and defendant Nevada Association Services, Inc. stipulate as follows:

1. This action involves the parties seeking quiet title/declaratory relief and other claims related to a non-judicial homeowner's association foreclosure sale conducted pursuant to NRS chapter 116.

2. On August 12, 2016, the Ninth Circuit held, in *Bourne Valley*, Nevada's "opt-in" notice scheme for homeowners' association super-priority foreclosure is facially unconstitutional under the Fourteenth Amendment's due process clause. *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d at 1159-60.

3. This Court issued an order staying this case pending the Ninth Circuit's mandate on August 30, 2016, to "avoid potentially unnecessary further litigation." ECF No. 23 at 1. The order directs any party may move to lift the stay when the Ninth Circuit issues its mandate. *Id.* at 3.

4. The Ninth Circuit issued its mandate on December 14, 2016. *Bourne Valley*, Ninth Circuit Case No. 15-15233.

5. On January 26, 2017, the Nevada Supreme Court issued its decision in *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortg., a Div. of Wells Fargo Bank, N.A.*, 133 Nev. Adv. Op. 5, ___ P.3d ___, 2017 WL 398426 (Nev. Jan. 26, 2017) holding, in direct contradiction to *Bourne Valley*, no state action supported a challenge under the due process clause.

6. Bourne Valley intends to file a petition for writ of certiorari in *Bourne Valley*. Its current deadline is April 3, 2017. *See Bourne Valley*, U.S. Supreme Court Docket No. 16A753. Wells Fargo's deadline to file its petition for writ of certiorari in *Saticoy Bay* is April 25, 2017. Thus, the parties believe the stay the parties request is appropriate.

7. On February 8, 2017, the Nevada Supreme Court stayed the issuance of remittitur in *Saticoy Bay* pending the filing of a writ of certiorari with the United States Supreme Court and, if a

{41141997;1}    2

1  petition is filed, the stay of remittitur will stay in effect until final disposition of the certiorari
2  proceedings before the United States Supreme Court.

3    8. Since then, several judges in this district have stayed similar cases pending the
4  exhaustion of all appeals before the United States Supreme Court. *See e.g., Nationstar Mortg. LLC v.*
5  *Green Valley S. Owners Ass'n*, No. 2:16-cv-00883-GMN-GWF, ECF No. 38 (D. Nev. Oct. 5, 2016);
6  *Bank of America, N.A. v. Canyon Willow Trop Owners' Ass'n*, No. 2:16-cv-01327-GMN-VCF, ECF
7  No. 25 (D. Nev. Oct. 26, 2016); *Deutsche Bank Nat'l Tr. Co. v. Copper Sands HOA*, No. 2:16-cv-
8  00763-JAD-CWH, ECF No. 29 (D. Nev. Feb. 28, 2017).

9    9. To determine if a stay is appropriate, the Court must consider (**1**) the possible damage
10  which may result from the stay, (**2**) any hardship or inequity which may result from the stay, and (**3**)
11  the orderly course of justice measured in terms of simplifying or complicating the issues, proof, and
12  questions of law. *Dependable Hwy. Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir.
13  2007). Here, the factors support a stay of litigation:

14    a. <u>Damage from Stay</u>: Any damage from a temporary stay in this case will be minimal if
15  balanced against the potential fees, costs, and time which would surely ensue in this matter if litigation
16  were allowed to continue that could be mooted by a decision in *Bourne Valley* certiorari proceedings.
17  Indeed, the parties will be enable to avoid the cost and expense of continued legal proceedings in light
18  of what is unsettled law to say the least. Moreover, the Court will be relieved of expending further
19  time and effort until the conflict between the circuit and Nevada Supreme Court is resolved. Thus, a
20  stay will benefit all parties involved herein.

21    b. <u>Hardship or Inequity</u>: There will be no significant hardship or inequity that befalls one
22  party more than the other. This relatively equal balance of equities results from the need for all parties
23  to have finality, given the split in the state and federal court decisions. The parties agree that any
24  hardship or inequity falling on any of them is outweighed by the benefits of a stay.

25    c. <u>Orderly Course of Justice</u>: At the center of this case is a homeowners' association's
26  foreclosure sale under NRS 116. The outcome of the petitions for writ in *Bourne Valley* and/or
27  *Saticoy Bay* have the potential to affirm or overturn either case. Without a stay, the parties will
28

{41141997;1}   3

1 expend resources that will be unnecessary if either or both petitions are granted. A stay would also
2 avoid a likely appeal from any subsequent judgment in this case. A temporary stay would
3 substantially promote the orderly course of justice in this case. A stay will avoid the moving forward
4 without final resolution of the federal issues and the state court/federal court conflict.

5      10.     The parties agree that all proceedings in the instant case, including motion and other
6 litigation deadlines, are stayed pending final resolution of the *Bourne Valley* and/or *Saticoy Bay*
7 certiorari proceedings before the United States Supreme Court.

8      11.     If this stipulation is approved, Deutsche Bank's motion to partially lift stay, ECF No.
9 24, shall be deemed withdrawn.

10      12.     Saticoy Bay shall be required to keep current on all property taxes and assessments,
11 HOA dues, maintain the property, and maintain insurance on the property at issue.

12      13.     Deutsche Bank shall be prohibited from selling or encumbering the property unless
13 otherwise ordered by the Court.

14      14.     Deutsche Bank is prohibited from conducting foreclosure proceedings on the property
15 unless otherwise ordered by the Court.

16      15.     The parties agree that all proceedings in the instant case, including motion and other
17 litigation deadlines, are stayed pending final resolution of the *Bourne Valley* and/or *Saticoy Bay*
18 certiorari proceedings before the United States Supreme Court.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

{41141997;1}      4

16. Any party may file a written motion to lift stay at any time it deems appropriate.

| | |
|---|---|
| Dated this 21st day of March, 2017. | Dated this 13th day of March, 2017. |
| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
| */s/ Tenesa S. Scaturro, Esq.* | */s/ Michael F. Bohn, Esq.* |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | MICHAEL F. BOHN, ESQ.<br>Nevada Bar. No. 1641<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, Nevada 89119 |
| *Attorneys for plaintiff and counter-defendant Deutsche Bank Trust Company Americas, as Trustee for Dover Mortgage Capital Corporation Grantor Trust Certificate Series 2004-A* | *Attorneys for defendant and counter-claimant Saticoy Bay LLC Series 5106 Kingsbridge Drive*<br><br>*\*E-signature affixed by Akerman LLP; approved by counsel via email* |
| Dated this 21st day of March, 2017. | Dated this 21st day of March, 2017. |
| **ALVERSON, TAYLOR, MORTENSEN & SANDERS** | |
| */s/ David J. Rothenberg, Esq.\** | */s/ Christopher Yergensen, Esq.\** |
| KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>DAVID J. ROTHENBERG, ESQ.<br>Nevada Bar No. 13576<br>7401 W. Charleston Boulevard<br>Las Vegas, Nevada 89117 | CHRISTOPHER YERGENSEN, ESQ.<br>Nevada Bar No. 6183<br>Nevada Association Services, Inc.<br>6224 W. Desert Inn Road<br>Las Vegas, Nevada 89146 |
| *Attorneys for defendant Los Prados Community Association, Inc.*<br><br>*\*E-signature affixed by Akerman LLP; approved by counsel via email* | *Attorneys for defendant Nevada Association Services, Inc.*<br><br>*\*E-signature affixed by Akerman LLP; approved by counsel via email* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 23rd day of March, 2017.

# CERTIFICATE OF SERVICE

I certify on the 21st day of March, 2017, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STIPULATION AND ORDER TO STAY LITIGATION PENDING FINAL RESOLUTION OF PETITION(S) FOR WRIT OF CERTIORARI TO THE UNITED STATES SUPREME COURT** via the Court's CM/ECF system on the following:

Kurt R. Bonds, Esq.
David J. Rothenberg, Esq.
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7410 W. Charleston Boulevard
Las Vegas, Nevada 89117

*Attorneys for defendant Los Prados Community Association, Inc.*

Michael F. Bohn, Esq.
LAW OFFICES OF MICHAEL F. BOHN
376 E. Warm Springs Road, Suite 140
Las Vegas, Nevada 89119

*Attorney for Defendant and Counterclaimant Saticoy Bay LLC Series 5106 Kingsbridge Drive*

Chris Yergensen, Esq.
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, Nevada 89146

*Attorney for defendant Nevada Association Services, Inc.*

　　　　　　　　　　　　　　　　　　　　　*/s/ Nick Mangels*
　　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN LLP

{41141997;1}