1   DARREN T. BRENNER, ESQ.
    Nevada Bar No. 8386
2   JARED M. SECHRIST, ESQ.
    Nevada Bar No. 10439
3   AKERMAN LLP
    1635 Village Center Circle, Suite 200
4   Las Vegas, Nevada 89134
    Telephone:  (702) 634-5000
5   Facsimile:  (702) 380-8572
    Email: darren.brenner@akerman.com
6          jared.sechrist@akerman.com

7   *Attorneys for plaintiff and counter-defendant*
    *Deutsche Bank Trust Company Americas, as*
8   *Trustee for Dover Mortgage Capital*
    *Corporation Grantor Trust Certificate*
9   *Series 2004-A*

10                  **UNITED STATES DISTRICT COURT**

11                       **DISTRICT OF NEVADA**

12  DEUTSCHE BANK TRUST COMPANY            Case No.:  2:16-cv-580-RFB-PAL
    AMERICAS, AS TRUSTEE FOR DOVER
    MORTGAGE CAPITAL CORPORATION
13  GRANTOR TRUST CERTIFICATE SERIES
    2004-A,
14                                          **STIPULATION AND ORDER TO**
                                            **EXTEND TIME TO REPLY**
15          Plaintiff,                      **SUPPORTING MOTION FOR**
                                            **SUMMARY JUDGMENT [ECF NO. 43]**
    vs.
16                                          **[FIRST REQUEST]**
    LOS PRADOS COMMUNITY ASSOCIATION,
17  INC.; SATICOY BAY LLC SERIES 5105
    KINGSBRIDGE   DRIVE;   and   NEVADA
18  ASSOCIATION SERVICES, INC.,

19          Defendants.

20  SATICOY    BAY    LLC    SERIES    5105
    KINGSBRIDGE DRIVE,
21
            Counterclaimant,
22
    vs.
23
    DEUTSCHE    BANK    TRUST    COMPANY
24  AMERICAS, AS TRUSTEE FOR DOVER
    MORTGAGE CAPITAL CORPORATION
25  GRANTOR TRUST CERTIFICATE SERIES
    2004-A.,
26
            Counter-defendant.
27

28

                                      1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    Plaintiff and counter-defendant Deutsche Bank Trust Company Americas, as Trustee for

2   Dover Mortgage Capital Corporation Grantor Trust Certificate Series 2004-A, defendant Los Prados

3   Community Association, Inc., and defendant and counterclaimant Saticoy Bay LLC Series 5105

4   Kingsbridge Drive stipulate to allow Deutsche Bank fourteen additional days to reply supporting its

5   motion for partial summary judgment, ECF No. 43:

6    Deutsche Bank filed its motion for partial summary judgment on March 26, 2019.  (ECF No.

7   43.)  Los Prados and Saticoy Bay filed their oppositions on April 16, 2019.  (ECF Nos. 44, 45.)

8   Deutsche Bank's reply is due April 30, 2019.  *See* L.R. 7-2.

9    Deutsche Bank, Los Prados and Saticoy Bay stipulate to extending Deutsche Bank's reply

10   deadline 14 days, from April 30, 2019 to May 14, 2019, to allow Deutsche Bank additional time to

11   prepare its briefing.

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

48726688;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    This is Deutsche Bank's first extension request and is not made to cause delay or prejudice to

2  any party.

3    DATED April 26, 2019.

4  **AKERMAN LLP**                              **LAW OFFICE OF MICHAEL F. BOHN**

5

6   */s/ Jared M. Sechrist, Esq.*                 */s/ Nikoll Nicki, Esq.*
    DARREN T. BRENNER, ESQ.                      MICHAEL F. BOHN, ESQ.
    Nevada Bar No. 8386                          Nevada Bar No. 1641
7   JARED M. SECHRIST, ESQ.                      NIKOLL NICKI, ESQ.
    Nevada Bar No. 10439                         Nevada Bar No. 10699
8   1635 Village Center Circle, Suite 200        2260 Corporate Circle, Suite 480
    Las Vegas, Nevada 89134                      Henderson, Nevada 89074
9

10  *Attorneys for plaintiff and counter-defendant*   *Attorneys for defendant and counterclaimant*
    *Deutsche Bank Trust Company Americas, as*        *Saticoy Bay LLC Series 5105 Kingsbridge Drive*
    *Trustee for Dover Mortgage Capital*
11  *Corporation Grant Trust Certificate Series*
    *2004-A*
12

13

14  **ALVERSON, TAYLOR & SANDERS**

15

16   */s/ Adam R. Knecht, Esq.*
    KURT R. BONDS, ESQ.
    Nevada Bar No. 6228
17  ADAM R. KNECHT, ESQ.
    Nevada Bar No. 13166
18  6605 Grand Montecito Parkway, Suite 200
    Las Vegas, Nevada 89149
19
    *Attorneys for defendant Los Prados Community*
20  *Association, Inc.*

21

22
                                    **IT IS SO ORDERED.**
23

24  _____
    RICHARD F. BOULWARE, II
25  UNITED STATES DISTRICT JUDGE

26  DATED this  29th day of April, 2019.

27

28

3

48726688;1